Michael Allen **SANDERS**,
Petitioner–Appellant,

v.

**SECRETARY FOR THE DEPARTMENT OF CORRECTIONS, Attorney General of Florida, Respondents–Appellees.**

No. 04–16012.
D.C. Docket No. 03–01570–CV–ORL–18–DAB.

United States Court of Appeals,
Eleventh Circuit.

April 21, 2006.

Craig L. Crawford, Federal Public Defender's Office, R. Fletcher Peacock, Orlando, FL, for Petitioner–Appellant.

Connie Lynn Beach, Florida Department of Corrections, Tallahassee, FL, for Respondents–Appellees.

* Honorable Melvin Brunetti, United States Circuit Judge for the Ninth Circuit, sitting by

Before BIRCH, CARNES and BRUNETTI,* Circuit Judges.

PER CURIAM:

Because of Petitioner–Appellant's release from incarceration on April 6, 2006, this case is now moot. *See Lane v. Williams,* 455 U.S. 624, 633–34, 102 S.Ct. 1322, 1328, 71 L.Ed.2d 508 (1982). As a result, this Court and the district court lack subject matter jurisdiction over it. Accordingly, we dismiss this appeal, vacate the district court's judgment, and remand to the district court to dismiss this case as moot.

VACATED and REMANDED with instructions to DISMISS the case.